**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** appellant's July 11, 2013 motion to appoint counsel. The trial court conducted a hearing and made findings that appellant is not indigent. The Court adopted those findings and denied several motions to reconsider. Appellant must either retain counsel to represent her in the appeal or proceed on her own.

We note that appellant's brief wad due by January 2, 2014, and has not yet been filed. Accordingly, we **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order. If appellant's brief is not filed within the time specified, we will, without further notice, submit the appeal without briefs. *See* Tex. R. App. P. 38.8(b), *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Joyce Charboneau and John Rolater, Collin County District Attorney's Office.

/s/ LANA MYERS
   JUSTICE